# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KURT DARNELL JONES

NO. 2020 KW 0895

**OCTOBER 26, 2020**

---

In Re: Kurt Darnell Jones, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-05729.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the guilty plea and sentencing transcript(s), a file-stamped copy of the motion to correct an illegal sentence, the bill of information, pertinent district court minutes, the uniform commitment order, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 28, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT